AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-1479

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Erik Seibert

was received by me on *(date)*    09/10/2025    .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

I mailed a copy of the complaint and summons to the defendant via certified mail on 09/12/2025. No certified mail slip was returned, but the attached is proof of delivery from USPS, showing delivery on 09/17/25, relates to that mailing.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  11/03/2025                              /s/ Cora Pototsky
                                          _____
                                                    *Server's signature*

                                          Cora Pototsky, Paralegal
                                          _____
                                                    *Printed name and title*

                                          1751 Pinnacle Drive, Suite 1000 Tysons, VA 22102
                                          _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

# 9589071052702378499742

 Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 3:23 pm on September 17, 2025 in ALEXANDRIA, VA 22314.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**
Delivered, Left with Individual

ALEXANDRIA, VA 22314
September 17, 2025, 3:23 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-1479

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Department of the Navy

was received by me on *(date)*    09/10/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

I mailed a copy of the complaint and summons to the defendant via certified mail on 09/12/2025. No certified mail slip was returned, but the attached is proof of delivery from USPS, showing delivery on 09/22/25, relates to that mailing.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    11/03/2025                    /s/ Cora Pototsky
                                        *Server's signature*

                                        Cora Pototsky, Paralegal
                                        *Printed name and title*

                                        1751 Pinnacle Drive, Suite 1000 Tysons, VA 22102
                                        *Server's address*

Additional information regarding attempted service, etc:

Tracking Number:

## 9589071052702378499735

 Copy     Add to Informed Delivery    Remove ✕

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:51 am on September 22, 2025 in NAVAL ANACOST ANNEX, DC 20373.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

✔ **Delivered**

Delivered, Front Desk/Reception/Mail Room

NAVAL ANACOST ANNEX, DC 20373
September 22, 2025, 10:51 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-1479

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    John Phelan

was received by me on *(date)*   09/10/2025                    .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

I mailed a copy of the complaint and summons to the defendant via certified mail on
09/12/2025. No certified mail slip was returned, but the attached is proof of delivery from
USPS, showing delivery on 09/22/25, relates to that mailing.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   11/03/2025               /s/ Cora Pototsky
_____              _____
                                  *Server's signature*

                             Cora Pototsky, Paralegal
                             _____
                                  *Printed name and title*

                             1751 Pinnacle Drive, Suite 1000 Tysons, VA 22102
                             _____
                                  *Server's address*

Additional information regarding attempted service, etc:

Tracking Number:

9589071052702378499728

 Copy     Add to Informed Delivery    Remove ✕

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:51 am on September 22, 2025 in NAVAL ANACOST ANNEX, DC 20373.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

✅ **Delivered**

Delivered, Front Desk/Reception/Mail Room

NAVAL ANACOST ANNEX, DC 20373
September 22, 2025, 10:51 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-1479

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Attorney General Pam Bondi

was received by me on *(date)*   09/10/2025         .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
I mailed a copy of the complaint and summons to the defendant via certified mail on 09/12/2025. No certified mail slip was returned, but the attached is proof of delivery from USPS, showing delivery on 09/22/25, relates to that mailing.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  11/03/2025

/s/ Cora Pototsky
*Server's signature*

Cora Pototsky, Paralegal
*Printed name and title*

1751 Pinnacle Drive, Suite 1000 Tysons, VA 22102
*Server's address*

Additional information regarding attempted service, etc:

Tracking Number:

9589071052702378499711

 Copy     Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 4:46 am on September 22, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**
Delivered, Individual Picked Up at Post Office

WASHINGTON, DC 20530
September 22, 2025, 4:46 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Remove ✕