**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| EVAN COOPER,<br><br>*Plaintiff*,<br>v.<br><br>DEPARTMENT OF THE NAVY, *et al.*,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-1479 (PTG/IDD) |

## ORDER

This matter comes before the Court on Defendants' Motion for Leave to File Response Brief (Dkt. 28) and Motion for a Briefing Schedule (Dkt. 9). Upon consideration of the motions, and for good cause shown, it is hereby:

**ORDERED** that Defendants' Motion for Leave to File Response Brief (Dkt. 28) is **GRANTED**; and it is further

**ORDERED** that Defendants' proposed response brief (Dkt. 28-1) is deemed **FILED** as of the date of this order; and it is further

**ORDERED** that Plaintiff shall file any reply within six (6) days of the date of this order; and it is further

**ORDERED** that Defendants shall file an updated proposed order concerning their Motion for a Briefing Schedule (Dkt. 9).

Entered this 26th day of August, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge