**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| EVAN COOPER,<br><br>*Plaintiff*,<br>v.<br><br>DEPARTMENT OF THE NAVY, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-1479 (PTG/IDD) |

**ORDER**

This matter comes before the Court on Defendants' Motion for a Briefing Schedule. Dkt. 9.

On December 23, 2025, Defendants filed a motion with proposed dates for Defendants to file the certified administrative record and for the parties to file cross-motions for summary judgment. *Id.* On January 6, 2026, Plaintiff filed an Opposition arguing that additional discovery was necessary before summary judgment motions could be heard because of deficiencies in the administrative record. Dkt. 12. Defendants subsequently filed the administrative record on January 12, 2026. *See* Dkts. 13-23.

On February 12, 2026, the Court ordered Plaintiff to file a supplemental brief identifying how the administrative record is incomplete. Dkt. 25. Plaintiff filed his brief on February 26, 2026. Dkt. 26. On May 8, 2026, Defendants filed a Motion for Leave to File Response Brief, which the Court granted. Dkts. 28, 30. Defendants filed their response brief to which Plaintiff has replied. Dkts. 31, 32. After considering the parties' filings, the Court finds that additional discovery is not necessary and a summary judgment briefing schedule can be set.

In its August 28, 2026 order, the Court ordered Defendants to file an updated proposed order concerning their Motion for a Briefing Schedule. Dkt. 30. Defendants have failed to provide one. Therefore, the Court will set a summary judgment briefing schedule.

Accordingly, it is hereby

**ORDERED** that Defendants' Motion for a Briefing Schedule (Dkt. 9) is **GRANTED**; and it is further

**ORDERED** that Plaintiff will file any motion for summary judgment, along with a single memorandum of law in support of that motion within thirty (30) days of the date of this Order, which shall not exceed thirty (30) pages; and it is further

**ORDERED** that Defendants will file their own motion for summary judgment, along with a single memorandum of law in support of that motion and in opposition to Plaintiff's motion, which shall not exceed forty (40) pages, within fourteen (14) days after Plaintiff files his opening brief; and it is further

**ORDERED** that Plaintiff will file a single memorandum containing reply arguments in further support of its summary judgment motion, and in opposition to Defendants' motion, which shall not exceed thirty-five (35) pages, within ten (10) days after Defendants file their summary judgment motion; and it is further

**ORDERED** that Defendants will file a single memorandum containing final reply arguments in further support of their motion for summary judgment, and in opposition to Plaintiff's motion, which shall not exceed twenty-five (25) pages, within six (6) days after Plaintiff files his opposition; and it is further

**ORDERED** that the parties will notice a hearing on their respective motions for December 17, 2026; and it is further

**ORDERED** that there shall be no discovery and summary judgment will be limited to the certified administrative record.

/s/
Patricia Tolliver Giles
United States District Judge

Entered this 29th day of September 2026.
Alexandria, Virginia